1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDWARD MUNOZ, | ) | NO. CV 11-02607 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 9, 2011

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE